### (June 26, 1942.)

LILLIAN LYNN, Appellant, Respondent, v. JAY J. LYNN, Respondent, Appellant.— Judgment unanimously modified by fixing the sum of eighty-five dollars per week as the amount of permanent alimony that should be paid by the defendant to the plaintiff for her support and for the support, maintenance and education of the daughter of the parties, and as so modified affirmed, with costs to the plaintiff, with leave to either party to apply for modification on showing a change of circumstances. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

### (June 29, 1942.)

DANIEL DE GORTER and Another, Respondents, v. BANQUE DE FRANCE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DANIEL DE GORTER and Another, Respondents, v. BANQUE DE FRANCE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FRANK E. COOPER, Trustee in Bankruptcy of JOHN L. MILLER, Bankrupt, Appellant, v. JOHN L. MILLER and Others, Respondents.— Judgment, so far as appealed from, unanimously modified by requiring defendants to account for the gains and profits received by them in fraud of creditors from the date of the bankruptcy of John L. Miller (May 11, 1936), and as so modified affirmed, with costs to the appellant to abide the event. No opinion. Settle order on notice, reversing findings inconsistent with this determination, and containing such new findings of fact proved upon the trial as are necessary to sustain the judgment hereby awarded. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FRANK E. COOPER, Trustee in Bankruptcy of JOHN L. MILLER, JR., Bankrupt, Appellant, v. ROTHMOER REALTY COMPANY and Others, Defendants, Impleaded with AMELIA F. MILLER, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

TAYLOR-FICHTER STEEL CONSTRUCTION CO., INC., Respondent, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant, and ANTHONY MILLER, INC., Impleaded Defendant, Appellant, and ANTHONY MILLER, Impleaded Defendant. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, v. WILLOW BUILDERS, INC., Appellant, Impleaded with Others, Defendants.— Judgment; interlocutory judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and dismiss the complaint.